UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

**TRAVIS LEONARD HUYCK**                                                                                 **PLAINTIFF**

**v.**                                                                                **CIVIL ACTION NO. 1:11CV-P107-M**

**SOUTHERN HEALTH PARTNERS, INC.** *et al.*                                                    **DEFENDANTS**

## MEMORANDUM OPINION

Plaintiff Travis Leonard Huych filed a *pro se* civil action while incarcerated at the Warren County Regional Jail.  Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of his current address and to actively litigate his claims.  *See* Local Rule 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel.  Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

By Memorandum and Order entered December 5, 2011, the Court conducted an initial review of the complaint and entered a Scheduling Order (DN 6 & 7).  On December 12, 2011, the copies of the Orders sent to Plaintiff were returned to the Court by the U.S. Postal Service (DN 9).  Additionally, on January 11, 2012, counsel for Defendant Southern Health Partners, Inc., filed a notice advising that its answer to the complaint served on Plaintiff at the Warren County Detention Center was returned as "Not Deliverable As Addressed/Unable To Forward" (DN 12).  To the notice, counsel attached the returned envelope and its contents.

Apparently, Plaintiff is no longer incarcerated at his address of record, and because he has not provided any forwarding address to the Court, neither notices from this Court nor filings by Defendants can be served on him.  In such situations, courts have an inherent power "acting

on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the action by separate Order.

Date:

cc: Plaintiff, *pro se*
 Counsel of Record
 Warren County Attorney
4414.005